```
 1  Mary E. McAlister
 2  California Bar Number 148570
 3  Liberty Counsel
 4  P.O. Box 11108
 5  Lynchburg, VA 24506
 6  (434) 592-7000 (telephone)
 7  (434) 592-7700 (facsimile)
 8  court@lc.org Email
 9  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

DAVID PICKUP, CHRISTOPHER H. ROSIK, PH.D., JOSEPH NICOLOSI, PH.D, ROBERT VAZZO, NATIONAL ASSOCIATION FOR RESEARCH AND THERAPY OF HOMOSEXUALITY (NARTH), AMERICAN ASSOCIATION OF CHRISTIAN COUNSELORS (AACC), JOHN DOE 1, by and through JACK AND JANE DOE 1, JACK DOE 1, individually, and JANE DOE 1, individually, JOHN DOE 2, by and through JACK AND JANE DOE 2, JACK DOE 2, individually, and JANE DOE 2, individually

       Plaintiffs

   v.

EDMUND G. BROWN, Jr. Governor of the State of California, *in his official capacity*, ANNA M. CABALLERO, Secretary of the California State and Consumer Services Agency, *in her official capacity*, KIM MADSEN, Executive Officer of the California Board of Behavioral Sciences, *in her official capacity*, MICHAEL ERICKSON, PH.D, President of the California Board of Psychology, *in his official capacity*; SHARON LEVINE, President of the Medical Board of California, *in her official capacity*.

       Defendants.

Case No.:_____

**DECLARATION OF JACK DOE 1**

## DECLARATION OF JACK DOE 1

I, Jack Doe 1, hereby declare as follows:

1. I am over the age of 18 and am one of the Plaintiffs in this action. The statements in this Declaration are true and correct and if called upon to testify to them I would and could do so competently.

2. I am submitting this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am the father of John Doe 1, who is fifteen years old and the youngest of my six children. When my son John Doe was a young child, I was going through a difficult time in my own personal life and was not there for him as much as I should have been. I was consumed with work and the other pressures of life, and it caused me to be emotionally absent. As a result, I was not there for my son in the way he needed me to be. I honestly did not realize that my emotional absence was causing my son to experience some personal identity issues until he was approaching his teen years.

4. Looking for attention, my son began to seek affirmation from the women in our home and, over time, he began to exhibit some feminine characteristics and behaviors just so he could fit in. He also appeared to be having some emotional issues. Our son also began to question his sexual identity. I believe the fact that I have a brother and cousin who are homosexual was a factor in my son's confusion concerning his own personal identity.

5. A year and a half ago, our son approached my wife and me and told us that he was beginning to think he was gay. When he approached us, he explained that he was having some same-sex sexual attractions, but that he did not want to experience those attractions and did not

want to act on them. He asked us if we could help him to eliminate his unwanted same-sex attractions.

6. My wife and I decided that we would seek help from someone who specialized in helping children who struggle with unwanted same-sex attractions. We found out about Dr. Joseph Nicolosi, whom we learned was a specialist in sexual orientation change efforts ("SOCE") counseling. My wife and I contacted Dr. Nicolosi to discuss the possibility that our son would be able to benefit from his SOCE counseling sessions.

7. During our conversations with Dr. Nicolosi, he explained to us his theory of why my son was experiencing same-sex attractions, which he said were really the manifestation of underlying emotional issues. Dr. Nicolosi explained that some of my son's emotional and personal identity issues were the result of childhood wounds that were caused by needs that my son had as a child that I did not meet. In particular, his gender and sexual identity issues had as core, underlying issues the fact that I did not provide positive male attention for my son, which led him to find affirmation and acceptance from the women in the home.

8. Dr. Nicolosi explained the types of counseling that he uses in SOCE counseling sessions, explained that some therapists do not think an individual can or should change his sexual orientation, explained that not everyone is able to successfully reduce or eliminate their unwanted same-sex attractions, and told us that often patients continue to struggle with same-sex attractions throughout life and that my son's ability to fully recognize his heterosexual potential is a life-long process.

9. Because he said that he did not want to experience his same-sex attractions, our son told my wife and me that he wanted to have Dr. Nicolosi help him. My wife and I agreed to engage Dr. Nicolosi for SOCE counseling with our son.

10. My son has been receiving SOCE counseling from Dr. Nicolosi for a year and a half now. At first my son seemed to be a little hesitant about the counseling sessions, but now he tells us that he really looks forward to the time he is able to spend with Dr. Nicolosi during their SOCE counseling sessions.

11. Because of Dr. Nicolosi's counseling sessions, we have noticed significant changes in our son, such as the fact that he acts more like a regular teenage boy. Our son has told my wife and me that he no longer experiences his unwanted same-sex sexual attractions as frequently as he did prior to counseling. Our son has said that he wants to continue the sessions and my wife and I would like for our son to continue his counseling sessions with Dr. Nicolosi.

12. Based upon his progress so far, I believe that if my son can continue SOCE counseling sessions with Dr. Nicolosi, then he will be able to continue to make progress towards his stated goal of eliminating his unwanted same-sex attractions. I also believe, that if Dr. Nicolosi is not allowed to continue to provide the SOCE counseling that my son wants, then my son might regress from the progress he has made in SOCE counseling. Our son has told us that he is concerned that if Dr. Nicolosi is no longer allowed to provide SOCE counseling to him then he will have a harder time dealing with his unwanted same-sex attractions.

13. The counseling has also improved the relationship my wife and I have with our son. I think my relationship with our son will continue to improve if he is allowed to continue to have SOCE counseling, but that it could regress if our son is unable to address the gender and sexual identity issues that he has been troubled about.

14. Our son has at all times been the one who has wanted to participate in SOCE counseling with Dr. Nicolosi. My wife and I have affirmed his choice and engaged the services of Dr.

Nicolosi on his behalf, but have not pressured him into attending or continuing the counseling sessions. Our son tells us that he wants to continue the treatment.

15.    Our son has told us that he wants to live a life that is free from his unwanted same-sex attractions. As parents who believe that the homosexual lifestyle is harmful and self-destructive, as well as against our religious beliefs, we have the right to help our son get the therapy he desires without the state interfering with our decision.

16.    I declare under penalty of perjury of the laws of the United States and California that the foregoing statements are true and accurate.

Executed this 3rd day of October, 2012.

_____Jack Doe 1_____
Jack Doe 1