DAVID C. DINIELLI (SB No. 177904)
David.Dinielli@mto.com
LIKA C. MIYAKE (SB No. 231653)
Lika.Miyake@mto.com
BRAM ALDEN (SB No. 272858)
Bram.Alden@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

MICHELLE FRIEDLAND (SB No. 234124)
Michelle.Friedland@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

SHANNON MINTER (SB No. 168907)
SMinter@nclrights.org
CHRISTOPHER STOLL (SB No. 179046)
cstoll@nclrights.org
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 360
San Francisco, CA 94102
Telephone:   (415) 392-6257
Facsimile:    (415) 392-8442

Attorneys for EQUALITY CALIFORNIA
Proposed Intervenor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID PICKUP, CHRISTOPHER H. ROSIK, PH.D., JOSEPH NICOLOSI, PH.D, ROBERT VAZZO, NATIONAL ASSOCIATION FOR RESEARCH AND THERAPY OF HOMOSEXUALITY (NARTH), AMERICAN ASSOCIATION OF CHRISTIAN COUNSELORS (AACC) JOHN DOE 1, by and through JACK AND JANE DOE 1, JACK DOE 1, individually, and JANE DOE 1, individually, JOHN DOE 2, by and through JACK AND JANE DOE 2, JACK DOE 2, individually, JANE DOE 2, individually;<br><br>                    Plaintiffs,<br><br>       vs.<br><br>EDMUND G. BROWN, Jr. Governor of the State of California, in his official capacity; et al.,<br><br>                    Defendants. | CASE NO. 2:12-CV-02497-KJM-EFB<br><br>**EQUALITY CALIFORNIA'S NOTICE OF MOTION AND MOTION TO INTERVENE AS PARTY DEFENDANT;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARISSA FILGIOUN; DECLARATION OF SHANNAN WILBER; and DECLARATION OF CHRISTOPHER STOLL (filed concurrently).**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Courtroom: #3, 15th Floor<br><br>Date: November 30, 2012<br><br>Time: 10:00 am |

1  TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that on November 30, 2012 at 10:00 a.m. or as soon
3  thereafter as this matter may be heard, in Courtroom 3, on the 15th Floor of the above-entitled
4  court located at 501 I Street, Sacramento, California 95814, Proposed Intervenor Equality
5  California will and hereby does move for an Order granting Equality California leave to intervene
6  as a party Defendant.

7       This Motion is based upon this Notice of Motion and Motion, the Memorandum of
8  Points and Authorities, declarations of Clarissa Filgioun and Christopher Stoll filed concurrently
9  herewith, any reply papers that are filed in support of the motion, all matters of which judicial
10 notice may be taken, the Court's files, and such other oral and written evidence and argument as
11 may be presented at or before the hearing or otherwise properly come before the Court.

12      On October 17, 2012, counsel for Equality California met and conferred with
13 Plaintiffs' counsel, Mary McAllister of Liberty Counsel, by telephone, informing Ms. McAllister
14 that Equality California planned to file a motion to intervene as party defendant. (Declaration of
15 Christopher Stoll at ¶ 4.) Plaintiffs' counsel responded with an email stating that Plaintiffs would
16 object to the motion to intervene. (*Id.*) Counsel for Equality California also met and conferred
17 with Defendants' counsel, Paul Stein of the California Attorney General's Office, by telephone,
18 informing Mr. Stein of this motion to intervene. Mr. Stein stated that Defendants did not oppose
19 Equality California's motion to intervene. (*Id.* at ¶ 3.)

| DATED: October 19, 2012 | Munger, Tolles & Olson LLP<br>DAVID C. DINIELLI<br>MICHELLE FRIEDLAND<br>LIKA C. MIYAKE<br>BRAM ALDEN<br><br>By:   /s/ David C. Dinielli<br><br>Attorneys for EQUALITY CALIFORNIA<br>Proposed Intervenor |
|---|---|

- 1 -

NOTICE OF MOTION AND
MOTION TO INTERVENE
CASE NO. 2:12-CV-02497-KJM-EFB