Mary E. McAlister
California Bar Number 148570
Liberty Counsel
P.O. Box 11108
Lynchburg, VA 24506
(434) 592-7000 (telephone)
(434) 592-7700 (facsimile)
court@lc.org Email
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

DAVID PICKUP, CHRISTOPHER H. ROSIK, PH.D., JOSEPH NICOLOSI, PH.D, ROBERT VAZZO, NATIONAL ASSOCIATION FOR RESEARCH AND THERAPY OF HOMOSEXUALITY (NARTH), AMERICAN ASSOCIATION OF CHRISTIAN COUNSELORS (AACC), JOHN DOE 1, by and through JACK AND JANE DOE 1, JACK DOE 1, individually, and JANE DOE 1, individually,
JOHN DOE 2, by and through JACK AND JANE DOE 2, JACK DOE 2, individually, and JANE DOE 2, individually

Case No.:____________________

Plaintiffs

v.

EDMUND G. BROWN, Jr. Governor of the State of California, *in his official capacity*, ANNA M. CABALLERO, Secretary of the California State and Consumer Services Agency, *in her official capacity*, KIM MADSEN, Executive Officer of the California Board of Behavioral Sciences, *in her official capacity*, MICHAEL ERICKSON, PH.D, President of the California Board of Psychology, *in his official capacity*; SHARON LEVINE, President of the Medical Board of California, *in her official capacity*.

Defendants.

I, David Pruden, hereby declare as follows:

1. I am over the age of 18 and am one of the Plaintiffs in this action. The statements in this Declaration are true and correct and if called upon to testify to them I would and could do so competently.

2. I am submitting this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am the Vice President of Operations for the National Association for Research and Therapy of Homosexuality (NARTH). NARTH has hundreds of affiliated counselors, psychologists, and psychotherapists and 14 of those members practice in California. NARTH is a professional, scientific organization that offers hope to those who struggle with unwanted same-sex attractions. As an organization, NARTH disseminates educational information, conducts and collects scientific research, promotes effective therapeutic treatment, and provides international referrals to those who seek its assistance.

4. NARTH is engaged in extensive research concerning individuals who have successfully reduced or eliminated their unwanted same-sex attractions and the psychological factors that are typically associated with a homosexual lifestyle. NARTH offers scholarly publications and educational information to the general public. NARTH provides various presentations across the country hosted by mental health professionals who specialize in what is referred to as sexual orientation change efforts ("SOCE") counseling.

5. NARTH advocates for an open discussion of all viewpoints concerning SOCE counseling and its potential benefits or harms to patients. NARTH supports the rights of individuals with unwanted same-sex attractions to receive effective psychological care, including SOCE counseling, and the rights of professionals to offer that care.

6. NARTH does not advocate for or support imposing its ideology on any patient and seeks to offer the course of treatment desired by the patient in accordance with the patient's right to self-determination.

7. SB 1172 prohibits mental health providers from engaging in SOCE counseling, defined as "any practices by mental health providers that seek to change an individual's sexual orientation." NARTH's dissemination of educational information regarding same-sex attractions and promotion of effective therapeutic treatment for those with unwanted same-sex attractions falls within the category of conduct SB 1172 prohibits. Disseminating information about, and providing referrals for, SOCE counseling would place its licensed professional members at risk of being found in violation of their respective professional codes of conduct.

8. NARTH members currently have clients who receive SOCE treatment in California. Some of the clients of NARTH members are minors who would lose all ability to continue receiving the SOCE counseling that they desire. These minor clients would suffer regression in their course of treatment as a result of their counselor being prohibited from continuing to offer the treatment desired by the client. Even though SB 1172 has become law, NARTH members will continue to have clients approach them concerning a desire to reduce or eliminate unwanted same-sex attractions. In fact, some NARTH members report that five to ten percent of their practices involve SOCE counseling and that nearly half of those seeking such counseling are minors.

9. SB 1172 will cause NARTH, its members, and clients of its members to suffer immediate and irreparable injury as it will censor the speech of NARTH members and deprive clients of beneficial psychological counseling and treatment.

10. I declare under penalty of perjury of the laws of the United States and California that the foregoing statements are true and accurate.

Executed this 2nd day of October, 2012.

David Pruden