UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DONALD WELCH, et al.,

        Plaintiffs,                CIV. NO. 2:12-2484 WBS KJN

    v.

EDMUND G. BROWN, JR., Governor    <u>NON-RELATED CASE ORDER</u>
of the State of California,
In His Official Capacity, et al.

        Defendants.
_____/

DAVID PICKUP, et al.,

        Plaintiffs,                CIV. NO. 2:12-2497 KJM EFB

    v.

EDMUND G. BROWN, Jr., Governor
of the State of California, in
his official capacity, et al.,

        Defendants.
_____/

----oo0oo----

        Although the above-entitled actions challenge the constitutionality of the same statutes and involve common defendants, the undersigned has determined that relating the

1 | cases under Local Rule 123 will not "effect a savings of
2 | judicial effort or other economies."  Accordingly, the above-
3 | entitled actions should not be related.
4 |     IT IS SO ORDERED.
5 | DATED: October 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE