1   KAMALA D. HARRIS (SBN 146672)
    Attorney General of California
2   TAMAR PACHTER (SBN 146083)
    Supervising Deputy Attorney General
3   PAUL STEIN (SBN 184956)
    Deputy Attorney General
4   ALEXANDRA ROBERT GORDON (SBN 207650)
    Deputy Attorney General
5   DANIEL POWELL (SBN 230304)
    Deputy Attorneys General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5740
     Fax:  (415) 703-1234
8    E-mail:  Paul.Stein@doj.ca.gov
    *Attorneys for All Defendants*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13

| | |
|---|---|
| **DAVID PICKUP, ET AL.,** | 2:12-cv-02497 |
| Plaintiffs, | **DECLARATION OF GREGORY M. HEREK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **EDMUND G. BROWN JR. GOVERNOR OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY, ET AL.,** | Date:        Nov. 30, 2012<br>Time:        10:00 a.m.<br>Courtroom:   3, 15th Floor<br>Judge:       The Honorable Kimberly J. Mueller |
| Defendants. | Trial Date:  None set<br>Action Filed:  Oct. 4, 2012 |

1.     I have been retained by counsel for Plaintiffs as a consultant in connection with the above-referenced litigation.  I have personal knowledge of the contents of this declaration, and if called upon to testify, I could and would testify competently to the contents of this declaration.

2.     My background, experience, and scholarly publications are summarized in my curriculum vitae, which is attached as Exhibit B to this report.

3.     I am a Professor of Psychology at the University of California at Davis.  In 1983, I received my Ph.D. in Psychology, with an emphasis in Personality and Social Psychology, from the University of California at Davis.  I was a Post-Doctoral Fellow in Social Psychology at Yale University from 1983 to 1985.  I subsequently served as a Lecturer and Visiting Assistant Professor at Yale University, and then as an Assistant Professor in the graduate program in Social and Personality Psychology at the City University of New York Graduate Center.  I returned to the University of California at Davis in 1989 as an Associate Research Psychologist, and was appointed a tenured full Professor in 1999.

4.     Two principal foci of my original empirical research program are societal stigma based on sexual orientation and the social psychology of heterosexuals' attitudes towards lesbians, gay men, and bisexuals.  As reflected in my curriculum vitae (Exhibit B), I have published more than 100 papers and chapters in scholarly journals and books, most of them related to sexual orientation, HIV/AIDS, or attitudes and prejudice.  I also have edited or coedited five books and two special issues of academic journals on these topics.  I have made more than 90 presentations at professional conferences and meetings, and have given more than 75 invited lectures to professional, academic, and community groups.  I have received numerous grants for my research from federal, state, and private entities with combined budgets totaling more than $5 million.

5.     I am a member and Fellow of the American Psychological Association (APA), the Association for Psychological Science, and several other professional organizations.  On two occasions, I have testified before the U.S. Congress about issues of sexual orientation on behalf of the APA and other professional societies.  I have received several professional awards and honors, including the 1996 APA Award for Distinguished Contributions to Psychology in the

1

Public Interest and the 2010 California Psychological Association's Distinguished Humanitarian Contribution Award.

6.     I currently serve on the editorial boards of eight professional journals and I routinely serve as an ad hoc peer reviewer for others.  Throughout my professional career, I have peer-reviewed manuscripts for a large number of scientific and professional journals spanning a variety of disciplines, including psychology, sociology, political science, sexuality studies, gender studies, and public health.  I am the Executive Editor Emeritus of *Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology*, a book series published by the American Psychological Association dedicated to scientific and professional works on sexual orientation and related topics.  I was a member of a peer review panel for the National Institute of Mental Health from 1992 to 1995, and have served as an ad hoc reviewer of grant proposals for NIMH and other funding agencies on several occasions since completing my three-year term on that committee. From 1995 to 2007, I served as chairperson of the Scientific Review Committee of the Wayne F. Placek Award competition, sponsored by the American Psychological Foundation, which annually funded empirical research in the behavioral and social sciences related to sexual orientation.   I was a member of the Committee on Lesbian, Gay, Bisexual and Transgender (LGBT) Health Issues and Research Gaps and Opportunities, an expert panel constituted by the Institute of Medicine of the National Academy of Sciences in 2010 to prepare a book-length report for the National Institutes of Health on lesbian, gay, bisexual, and transgender health issues and research gaps and opportunities.  At the University of California, Davis, I regularly teach an upper-division undergraduate course on sexual orientation and also have taught graduate seminars on this and related topics.  My successful service in these varied capacities has required me to possess a broad, multidisciplinary knowledge of theory and empirical research on a wide variety of topics related to sexual orientation.  Thus, I have expertise on sexual orientation that crosses academic disciplinary boundaries and extends beyond the specific areas addressed in my own original empirical research program.

2

7.     In the past six years, I have provided expert testimony by deposition in three matters, (a) *Varnum v. Brien*, Iowa District Court for Polk County, Case No. CV 5965, (b) *Perry v. Schwarzennerger*, United States District Court for the Northern District of California, Case No. C 09-2292 VRW, and (c) *Carlson v. eHarmony, Inc.*, Superior Court of California, Los Angeles County, Case No. BC 371958.  In addition, I submitted an expert affidavit in the related cases of *Gill v. Office of Personnel Management* and *Commonwealth of Massachusetts v. United States Department of Health and Human Services*, both in the United States District Court for the District of Massachusetts, Case Nos. 09-10309-JLT and 1:09-11156-JLT, respectively.  I also submitted an expert affidavit in *Jackson et al., v. Abercrombie et al.*, United States District Court for the District of Hawaii, Case No.11-00734 ACK-KSC.  I also testified at trial in the *Perry v. Schwarzenneger* case cited above.

## III.    Sexual Orientation

### A.    Definition and Description of Sexual Orientation

8. The term *sexual orientation* is commonly used by behavioral scientists and mental health professionals to refer to an enduring pattern of or disposition to experience sexual, affectional, or romantic desires for and attractions to men, women, or both sexes.  The term is also used to refer to an individual's sense of identity based on those desires and attractions, behaviors expressing them, and membership in a community of others who share them.  Most social and behavioral research has assessed sexual orientation in terms of attraction, behavior, identity, or some combination of these constructs, depending on the specific goals of the study.[1]

9.     Although sexual orientation ranges along a continuum from exclusively heterosexual to exclusively homosexual, it is usually discussed in terms of three categories: *heterosexual* (having attraction primarily or exclusively to members of the other sex), *homosexual* (having attraction primarily or exclusively to members of one's own sex), and *bisexual* (having a

---

[1] For elaboration on the definition of sexual orientation, see the Institute of Medicine, 2011's (2011) report, *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding*, as well as the entries on "Homosexuality" I authored for *The Encyclopedia of Psychology* (Herek, 2000) and *The Corsini Encyclopedia of Psychology and Behavioral Science* (Herek, 2001).

3

1   significant degree of attraction to both men and women). Most adults in the United States are able

2   to report their own sexual orientation when asked to do so by researchers.[2]  Among the small

3   percentage of individuals who do not report their sexual orientation in survey studies, some may

4   be unsure about their orientation or may be uncomfortable labeling it, but many are probably

5   motivated by concerns about their personal privacy or, for those who are not heterosexual, fear of

6   stigma (a topic addressed below).

7        10.    In this declaration, I use the term *gay* to refer to men and women with a homosexual

8   orientation.  I also use the term *lesbian* to refer to women with a homosexual orientation.  I use

9   the term *sexual minority* to refer to individuals who self-identify as gay, lesbian, or bisexual, or

10   who do not so identify but nevertheless manifest an ongoing pattern of homosexual attraction or

11   sexual behaviors with people of the same sex.

12        **B.    Homosexuality Is a Normal Expression of Human Sexuality**

13        11.    Many early psychological and psychiatric figures who studied sexuality, including

14   Sigmund Freud and Havelock Ellis, did not consider homosexuality to be pathological.  However,

15   the view that it is a mental illness achieved dominance in the United States in the mid-twentieth

16   century, especially among psychoanalysts.  In 1952, in the first edition of what came to be called

17   the *Diagnostic and Statistical Manual of Mental Disorders* (DSM), the American Psychiatric

18   Association classified homosexuality as a mental disorder.[3] This classification, however, reflected

19   untested assumptions based on then-prevalent social norms as well as clinical impressions drawn

20   from unrepresentative samples of patients seeking therapy and individuals whose conduct brought

21   them into the criminal justice system.  Once researchers began using the scientific method with

22   samples of non-patient, nonincarcerated individuals to empirically test the belief that

23   homosexuality is an illness, evidence accumulated that many homosexuals were psychologically

24

25

26        [2] Some heterosexual survey respondents are unfamiliar with terms such as "heterosexual"
    and "homosexual" but provide responses (e.g., "normal," straight") that indicate they identify as
27   heterosexual (e.g., Laumann, et al., 1994).
        [3] American Psychiatric Association, 1952.
28

4

healthy and that homosexuals as a group did not differ substantially from comparable

heterosexuals in their levels of psychological functioning.[4]

12.    Confronted with empirical evidence that failed to support the illness model of

homosexuality, as well as changing views of sexuality and gender in the larger culture, the mental

health professions reached the conclusion that classifying homosexuality as a mental disorder had

been incorrect.  In 1973, the American Psychiatric Association's Board of Directors voted to

remove it from the DSM, stating that "homosexuality *per se* implies no impairment in judgment,

stability, reliability, or general social or vocational capabilities." The American Psychological

Association adopted the same position in 1975, and urged all mental health professionals to help

dispel the stigma of mental illness that had long been associated with homosexual orientation.[5]

13.    Today, mainstream mental health professionals and researchers recognize that (a)

homosexuality is a normal expression of human sexuality; (b) being gay or lesbian bears no

inherent relation to a person's ability to perform, contribute to, or participate in society; (c) being

gay or lesbian poses no inherent obstacle to leading a happy, healthy, and productive life; and (d)

the vast majority of gay and lesbian people function well in society and in their interpersonal

relationships.

**C.    The Origins and Enduring Nature of Sexual Orientation**

14.    The factors that cause an individual to become heterosexual, homosexual, or bisexual

are not currently well understood.  Widely differing accounts of the origins of adult sexual

orientation have been proposed but no single theory enjoys unequivocal empirical support.  There

may be multiple developmental pathways to adult sexual orientation rather than a single cause.

Given the current lack of definitive knowledge about why some individuals develop a

heterosexual orientation, others become homosexual, and still others become bisexual, many

---

[4] See, e.g., Gonsiorek, 1991.
[5] The text of the 1975 American Psychological Association resolution can be found at
http://www.apa.org/about/policy/discrimination.aspx and in Conger (1975). The Psychological
Association's other resolutions addressing issues related to sexual orientation are posted at
http://www.apa.org/pi/lgbt/resources/policy/index.aspx. The Psychiatric Association's official
positions on those issues are posted at http://www.healthyminds.org/More-Info-
For/GayLesbianBisexuals.aspx.

social and behavioral scientists regard sexual orientation as being shaped by a complex interaction of biological, psychological, and social forces.  They often differ, however, on the relative importance they assign to each.

15.   Irrespective of the origins of sexual orientation, most gay men and lesbians in the United States report experiencing either no choice or very little choice in their sexual orientation. In a 2005 survey that I conducted with a national probability sample[6] of more than 650 self-identified lesbian, gay, and bisexual adults, for example, 88% of the gay men reported that they experienced "no choice at all" about being gay, and another 7% reported experiencing only "a small amount of choice." Only 5% said they experienced "a fair amount" or "a great deal" of choice.  Among lesbians, 68% reported that they experienced no choice, and another 15% reported experiencing only a small amount of choice; only 16% experienced a fair amount or a great deal of choice.[7] Similarly, in a survey I conducted during the 1990s with a nonprobability sample of more than 2,200 gay, lesbian, and bisexual adults in the greater Sacramento area, 87% of the gay men and 70% of the lesbians reported they experienced "no choice at all" or "very little choice" about their sexual orientation.[8] I am not aware of empirical studies in which heterosexual men and women were directly asked whether or not they chose to be heterosexual.  If such a study were to be conducted, however, I believe it is likely that most heterosexuals would report that they do not experience their own heterosexuality as a choice.

**IV.   Stigma and Sexual Orientation**

      **A.   Definition of Stigma and Sexual Stigma**

16.   *Stigma* refers generally to the negative regard and inferior status that society collectively accords to people who possess a particular characteristic or belong to a particular

---

[6] Researchers distinguish between probability and nonprobability samples. For purposes of this declaration, the most relevant difference is that results obtained from probability samples (which are sometimes referred to as *representative* samples) can be generalized to the larger population with a level of statistical confidence that can be calculated mathematically. By contrast, nonprobability samples (which are sometimes referred to as *convenience* samples) do not permit such generalization beyond the members of the sample.

[7] Herek, Norton, Allen, & Sims, 2010.

[8] Herek, Gillis, & Cogan, 2009.

group or category.[9] It constitutes shared knowledge about which attributes and categories are valued by society, which ones are denigrated, and how these valuations can vary across situations. A classic work in this area characterized it as "an undesired differentness."[10] Social scientists have long recognized that stigma is not inherent in a particular trait or membership in a particular group; rather, society collectively designates some characteristics and groups as undesirable, thereby "constructing" stigma.  Because stigma is socially constructed, it can change over time as social norms and mores change.

17.    *Sexual stigma* is shared knowledge about the negative regard, inferior status, and relative powerlessness that society collectively accords to nonheterosexual behaviors, attractions, identity, relationships, and communities.

**B.     Homosexuality Remains Stigmatized in the United States and Experiencing Stigma Has Negative Consequences for Sexual Minorities**

18.    Despite a trend in recent years toward less hostility and discrimination against sexual minorities, sexual stigma persists in the United States.  National opinion surveys reveal that substantial numbers of heterosexual Americans still harbor negative attitudes and feelings toward sexual minorities, and sexual minority individuals continue to experience rejection, harassment, discrimination, and violence.[11]  For example, in my national survey of lesbian, gay, and bisexual adults, 21% of the respondents reported having been the target of a physical assault or property crime because of their sexual orientation since age 18.  Gay men were the most likely to report they had been the targets of such crimes; 38% had experienced an assault or property crime because of their sexual orientation.[12]  In the same survey, 18% of gay men and 16% of lesbians reported they had experienced discrimination in housing or employment because of their sexual orientation.  Harassment and bullying of children and adolescents because of their perceived nonheterosexual orientation or gender nonconformity is also widespread.[13]  For example, findings

_____

[9] See, e.g., Goffman, 1963; Herek, 2009; Link & Phelan, 2001.
[10] Goffman, 1963, p. 5.
[11] E.g., Herek, 2009; Norton & Herek, 2012; Schafer & Shaw, 2009
[12] Herek, 2009.
[13] United States Commission on Civil Rights, 2011

7

1   from the California Healthy Kids Survey reveal widespread harassment and bullying based on a

2   child's actual or perceived sexual orientation in California middle and high schools.[14]

3      19.   Sexual stigma is a source of stress and experiencing it in its various manifestations

4   has negative consequences for sexual minorities.  These include heightened psychological distress

5   among both gay and lesbian adults[15] and adolescents.[16]  Being the target of extreme enactments of

6   stigma, such as an antigay criminal assault, is accompanied by greater psychological distress than

7   is experiencing a similar crime not based on one's sexual orientation.[17]

8      20.   Fear of stigma compels some sexual minority individuals to conceal their sexual

9   orientation from others, which is often associated with heightened psychological distress and has

10  negative implications for physical health.  Like heterosexuals, sexual minorities benefit

11  psychologically from being able to share their lives with and receive support from their family,

12  friends, and other people who are important to them.  Lesbians and gay men, for example, have

13  been observed to manifest better mental health to the extent that they hold positive feelings about

14  their own sexual orientation, have developed a positive sense of identity based on it, and have

15  integrated it into their lives by disclosing it to others (such disclosure is commonly referred to as

16  "coming out of the closet" or simply "coming out").[18]  By contrast, lesbians and gay men who feel

17  compelled to conceal their sexual orientation tend to report more frequent mental health concerns

18  than their openly gay counterparts and are at greater risk for physical health problems.[19]

19     21.   To the extent that sexual stigma and other factors[20] subject gay men, lesbians, and

20  bisexuals to additional stress beyond what is normally experienced by the heterosexual

21  population, the sexual minority population may, as a group, include a somewhat greater

22       [14] O'Shaughnessy, Russell, Heck, Calhoun, & Laub, 2004.

23       [15] E.g., Meyer, 2003; Mays & Cochran, 2001.
     [16] O'Shaughnessy, et al., 2004.

24       [17] Herek, Gillis, & Cogan, 1999.
     [18] Herek & Garnets, 2007; Pachankis, 2007.

25       [19] Cole, 2006; Herek, 1996; Meyer, 2003; Strachan, Bennett, Russo, & Roy-Byrne, 2007.
     [20] In addition to stigma, lesbian, gay, and bisexual people face other stressors. For

26  example, because the AIDS epidemic has had a disproportionate impact on the gay male
community in the United States, many gay and bisexual men have experienced the loss of a life

27  partner, and gay, lesbian, and bisexual people alike have experienced extensive losses in their
personal and social networks resulting from the death of close friends and acquaintances;

28  bereavement related to multiple losses is linked to higher levels of depressive symptoms.

8

proportion of individuals who manifest some forms of mental illness or psychological distress.[21]
In this respect, the sexual minority population is comparable to other groups that face unique
stressors due to prejudice and discrimination based on their minority status.[22] Given the unique
social stressors to which they are subjected, the noteworthy fact is that the vast majority of gay
men, lesbians, and bisexuals effectively cope with these challenges and lead happy, healthy and
well-adjusted lives.

### C.  Self-Stigma

22.    Although most or all members of society are aware of which groups are stigmatized,
they may or may not personally agree with or endorse society's negative evaluation of any
particular group.  To the extent that they accept society's negative judgment as a part of their own
value system and self-concept, they can be said to have *internalized* that stigma.  To internalize
stigma is to embrace society's denigration and discrediting of the stigmatized group.  Members of
the nonstigmatized majority can internalize stigma, as can members of the stigmatized minority.
Among the former, internalized stigma is manifested as prejudice toward the minority group;
among the latter, it is manifested as *self-stigma*.[23]

23.    For a sexual minority individual, self-stigma involves accepting society's negative
evaluation of homosexuality and consequently harboring negative attitudes toward oneself and
one's own homosexual desires.  Such attitudes may be manifested as a wish to renounce one's
homosexuality and become heterosexual.[24]

24.    Because sexual minority individuals are raised in a society where sexual stigma is
widespread, it is not uncommon for them to manifest some degree of self-stigma when they are
first recognizing their sexual orientation and coming out. This often occurs during adolescence or
early adulthood. Overcoming sexual self-stigma, developing positive feelings toward oneself, and

---

[21] Consistent with this observation, several studies suggest that, compared to the
heterosexual population, a somewhat larger proportion of the homosexual and bisexual
population may manifest certain symptoms of psychological distress, such as symptoms of
anxiety or depression (Herek & Garnets, 2007; Meyer, 2003).
[22] Meyer (2003).
[23] Herek (2009). Sexual self-stigma is also referred to as *internalized homophobia*,
*internalized heterosexism*, and *internalized homonegativity*.
[24] Herek, et al., 2009.

integrating one's sexuality with other aspects of the self are widely considered to be important achievements for a sexual minority individual's healthy development.

25.    Sexual self-stigma is generally considered maladaptive and often has important negative consequences for a sexual minority individuals' well-being.[25] For example, in my previously cited study of Sacramento-area sexual minority adults, I measured self-stigma using a psychological scale on which respondents reported their level of agreement or disagreement with statements such as "I wish I weren't lesbian/bisexual" (for male respondents, the wording was "I wish I weren't gay/bisexual") and "I have tried to stop being attracted to women in general" (for male respondents: "I have tried to stop being attracted to men in general").  To the extent that study participants agreed with such statements, they manifested lower levels of self-esteem and more symptoms of depression and anxiety.[26]

## V.    Sexual Orientation Change Efforts (SOCE)

26.    The phrase *sexual orientation change efforts* (SOCE) encompasses a variety of methods, including techniques derived from psychoanalysis, behavioral therapy, and religious and spiritual counseling.  These techniques share the common goal of changing an individual's sexual orientation from homosexual to heterosexual.[27] Such methods have also been referred to by their practitioners with various other terms, including *conversion therapy* and *reparative therapy*.

### A.    Historical background

27.    When homosexuality was considered an illness, many mental health professionals sought to "cure" it using a variety of techniques, including psychotherapy, hormone treatments, aversive conditioning with nausea-inducing drugs, lobotomy, electroshock, and castration.  However, empirical research failed to find that such interventions could reliably change homosexual individuals into heterosexuals, i.e., individuals who are no longer attracted to their same sex but instead are attracted to the other sex and function well in a heterosexual relationship.  Rather, only a small proportion of individuals exhibited any change in their sexuality, and it

---

[25] E.g., Herek & Garnets, 2007; Meyer, 2003.
[26] Herek, et al., 2009.
[27] American Psychological Association, 2009a

10

1  generally fell far short of becoming heterosexual.  The interventions sometimes produced

2  suppression of homoerotic response (as indicated by self-report or laboratory observation) or they

3  reduced or eliminated an individual's homosexual behavior.  Some individuals developed the

4  capacity to engage in heterosexual intercourse after treatment, and some labeled themselves

5  heterosexual and even married a partner of the other sex.  However, these changes were observed

6  to occur in only a small percentage of the individuals who undertook treatment.

7      28.    Once homosexuality was no longer classified as an illness, the rationale for trying to

8  "cure" it by changing an individual's sexual orientation ceased to exist.  Over time, most

9  practitioners stopped attempting to change sexual orientation and some took strong public stands

10  against such efforts.  With this shift, scientific research on the effectiveness of change

11  interventions declined dramatically.  Thus, most published studies of clinical interventions for

12  changing sexual orientation appeared in professional journals while homosexuality was still

13  considered an illness by most professionals.

14      **B.    Definitional and methodological considerations**

15      29.    For a psychological intervention to be considered effective,[28] it must be both *reliable*

16  and *safe*.  To be reliable, it must be shown to have consistent positive effects, that is, when

17  correctly administered it must achieve its intended goals all or most of the time.  To be considered

18  safe, the intervention must not cause serious harm to the people who receive it.

19      30.    In order to determine that an intervention causes a particular outcome to occur, an

20  experimental design is necessary.  The basic features of such an experiment are: (a) establishment

21  of clear criteria for assessing participants' eligibility for the study before receiving the

22  intervention (e.g., their sexual orientation); (b) random assignment of participants to an

23  experimental group, e.g., assignment to either a group that receives an intervention (referred to as

24  a treatment group) or a group that receives no intervention (referred to as a control group); (c)

25  _____

26  [28] A distinction is often made in the professional literature between a treatment's *efficacy* (its ability to achieve its intended outcomes under optimal conditions of delivery, as during carefully controlled clinical trials) and its *effectiveness* (the ability of an efficacious treatment to

27  achieve its intended outcomes under "real world" conditions, which often are not optimal). For purposes of this declaration, these terms are used interchangeably.

28

11

1   establishment of clear criteria for assessing the outcome (e.g., participants' sexual orientation after

2   receiving the intervention); such assessments should be conducted in a manner that is free from

3   potential bias on the part of the experimenter, e.g., they are conducted by researchers who are

4   unaware of whether any given participant was assigned to the treatment group or the control

5   group.

6   **C.    Evaluating research on SOCE**

7   31.   Few published SOCE studies have used this design.  After reviewing the research

8   literature, a 2009 APA Task Force[29] identified only six published studies that used reasonably

9   rigorous experimental methods, and only one of those studies included a no-treatment control

10  group.  Three additional studies used a reasonably good *quasi-experimental* design (i.e., they

11  included comparison of different treatment conditions but participants were not randomly

12  assigned to those conditions).  Most of these studies were published during the early or mid-

13  1970s; all appeared prior to 1982.

14  32.   In their review, the APA Task Force noted numerous methodological limitations of

15  the research in this area.  These included problems related to the composition and recruitment of

16  samples;[30] attrition over the course of the study;[31] inadequate assessment of participants' sexual

17

18

19

20  [29] In response to public debates about SOCE, the American Psychological Association
21  created a Task Force on Appropriate Therapeutic Responses to Sexual Orientation which
    reviewed the relevant research literature and issued a report. The Task Force conclusions are
    summarized below.
22  [30] Many studies used very small, homogeneous samples, often consisting of well-
    educated, White adult males and, in more recent studies, highly religious individuals. In addition,
23  some studies included participants who were required to undergo the intervention (e.g., because
    of an arrest or criminal conviction). Because such individuals' freedom may have depended on the
24  outcome of the intervention, they would be strongly motivated to "fake" changes in their sexuality
    in order to be released from custody. Many studies have included both homosexuals and bisexuals
25  in the sample, a practice that obscures whether sexual orientation change – if any is observed –
    actually occurred among homosexual individuals, or was limited to participants who already had
26  some degree of heterosexual attractions or sexual experience before receiving the intervention.
    [31] Many studies had high dropout rates that compromised their validity. Such attrition is
27  especially problematic when the dropouts are disproportionately individuals for whom the
    intervention was not working.
28

orientation;[32] inadequate description of the intervention procedures;[33] unclear definitions of the

criteria for judging "success" of the intervention;[34] and problems with the timing of measurement

of sexual orientation after the intervention.[35]

---

[32] The Task Force noted that sexual orientation has not been assessed in a uniform way across studies. Some studies operationally defined it in terms of attraction (using self-reports or physiological measures), whereas others assessed self-reported sexual behavior, and others assessed self-labeling or identity. Some research reports did not include any explanation of how sexual orientation was measured.

[33] Many of the early published studies included clear descriptions of the procedures, e.g., researchers reported that participants received aversive conditioning over a set number of treatment sessions. More recent studies, however, have collected questionnaire data from samples whose members participated in differing types of intervention programs, with some having undergone multiple interventions. Details about the specific procedures that were followed in each participant's intervention(s) have not been available. Thus, even if some of the participants evidenced change, it is not possible to link it with a specific intervention program or technique.

[34] Judging whether a homosexual or bisexual person becomes heterosexual after undergoing an intervention depends on how sexual orientation is operationally defined. A variety of approaches have been used to assess the outcomes of SOCE, all of which have important limitations. For example, self-reports of behavior, attraction, and identity after the intervention may not be valid if participants are highly motivated to detect changes in their sexuality and to report "success." Intentionally or unintentionally, they may selectively perceive or remember feelings or behaviors that are consistent with sexual orientation change, while ignoring or forgetting feelings and behaviors that are inconsistent with change. Obtaining reliable reports from an objective, third-party observer is generally not feasible, simply because of the private nature of sexuality. Whereas physiological measures of sexual attraction might appear to be more reliable than self-reports, they also have problems. Some people can control their level of physiological arousal, while others are unable to achieve sexual arousal in a clinical setting. Other factors, such as anxiety, can also influence the results of physiological measures.

[35] Ideally, sexual orientation is assessed prior to the treatment intervention, soon after it concludes, and then again at later times with one or more follow-up assessments. However, long-term follow-up assessment has often been lacking. Many recently published questionnaire studies have not even collected pre-intervention data. Instead, the researchers collected data only after the intervention was completed and relied on the participants' recollections of their past sexual attractions, behaviors, and psychological states. In some cases, this required respondents to try to remember their subjective state more than 10 years earlier. Self-reports of current sexual desires and behaviors were then compared to these retrospective reports. An important problem with this approach is that memory of one's own past beliefs, attitudes, and behaviors is often unreliable. As the APA Task Force report noted, such recollections are affected by many factors, including: impression management (people are motivated to present themselves in a favorable light and thus report on the current self as "improved" compared to the former self); expectations about change (when people expect their behavior or state to have changed, they are likely to report – and believe – that it has, even if this perception is not accurate); a need to justify effort (perceiving results after expending time and effort in treatment can be a way of justifying to themselves the amount of time and effort they expended); and changes in beliefs or goals (people are especially likely to distort their recollections when their emotions, goals, or beliefs have changed since the time period they are trying to recall). Thus, people who try to remember their past behaviors and earlier mental states often make mistakes. This occurs even when they are unaware of the study's purpose. In addition, research participants may be motivated to intentionally misrepresent their experiences for various reasons, e.g., because they have an ideological stake in its outcome. In some questionnaire studies, for example, most participants were activists who were recruited through "ex-gay" ministries. Such participants were likely to feel that they had a strong stake in

(continued…)

13

33.     In recent years, several studies have been published in professional journals that report questionnaire data obtained from people who participated in various forms of SOCE. These studies are not controlled experiments, however, and the data were collected after the intervention began (in some cases, many years after the participant completed the intervention; see Note 35).  These studies can reveal the demographic characteristics of individuals who have participated in interventions, the extent to which those people say the intervention was successful, and the extent to which they say it was harmful.  However, they cannot demonstrate a causal relationship between participation in the intervention and a specific outcome.

34.     These and related methodological flaws were recently acknowledged by the author of what is arguably the most well-known questionnaire study purporting to demonstrate that SOCE can change the sexual orientation of some individuals.  In a 2012 letter to the *Archives of Sexual Behavior*, Dr. Robert Spitzer took the unusual step of expressing regret for having published such a study in that journal in 2003.  In the letter he stated:

> From the beginning, [the basic research question] was: Can some version of reparative therapy enable individuals to change their sexual orientation from homosexual to heterosexual? Realizing that the study design made it impossible to answer this question, I suggested that the study could be viewed as answering the question: How do individuals undergoing reparative therapy describe changes in sexual orientation? A not very interesting question.

35.     Spitzer  then went on to discuss what he labeled "The Fatal Flaw in the Study: There Was No Way to Judge the Credibility of Subject Reports of Change in Sexual Orientation."

> I offered several (unconvincing) reasons why it was reasonable to assume that the participants' reports of change were credible and not self-deception or outright lying. But the simple fact is that there was no way to determine if the participants' accounts of change were valid.

> I believe I owe the gay community an apology for my study making unproven claims of the efficacy of reparative therapy.  I also apologize to any gay person who wasted time and energy undergoing some form of reparative therapy because they believed that I had proven that reparative therapy works with some "highly motivated" individuals.[36]

_____

(…continued)
the findings of the study, a potential bias that raises questions about the validity of the data. Further discussion of the methodological limitations of past studies in this area are available in the Task Force report.

[36] Spitzer, 2012.

36.    The APA Task Force on SOCE reported that it found "serious methodological problems in this area of research, such that only a few studies met the minimal standards for evaluating whether psychological treatments, such as efforts to change sexual orientation, are effective" (American Psychological Association, 2009a, p. 2).  Based on its review of the studies that met these standards, the Task Force concluded:

> "enduring change to an individual's sexual orientation is uncommon.  The participants in this body of research continued to experience same-sex attractions following SOCE and did not report significant change to other-sex attractions that could be empirically validated, though some showed lessened physiological arousal to all sexual stimuli.  Compelling evidence of decreased same-sex sexual behavior and of engagement in sexual behavior with the other sex was rare.  Few studies provided strong evidence that any changes produced in laboratory conditions translated to daily life.  Thus, the results of scientifically valid research indicate that it is unlikely that individuals will be able to reduce same-sex attractions or increase other-sex sexual attractions through SOCE" (pp. 2-3).

37.    The Task Force found that some individuals who underwent SOCE reported receiving benefits from it that were distinct from sexual orientation change, e.g., greater social support and increased opportunities to talk with others about their own struggles related to sexuality.  The Task Force concluded that these same benefits can be realized through non-SOCE therapies.

38.    In response to the Task Force report, the APA passed a resolution that stated, in part, "the American Psychological Association concludes that there is insufficient evidence to support the use of psychological interventions to change sexual orientation" and "the American Psychological Association concludes that the benefits reported by participants in sexual orientation change efforts can be gained through approaches that do not attempt to change sexual orientation" (American Psychological Association, 2009b).

**D.    Reports of harm related to SOCE**

39.    Although SOCE interventions have not been shown to reliably change sexual orientation from homosexual to heterosexual, evidence exists that they may cause harm.  The APA Task Force found evidence indicating that some individuals experienced harm or believed they had been harmed by these interventions.[37] Early studies reported that some individuals

---

[37] The Task Force report provides a detailed discussion of this topic and an extensive review of relevant research. It is available at: http://www.apa.org/pi/lgbt/resources/therapeutic-

(continued…)

undergoing SOCE lost their capacity for any sexual response. For example, some individuals who were subjected to electric shocks or nausea-producing drugs while viewing pictures of same-sex nudes did not display an increase in attraction to the other sex but they subsequently experienced a significant reduction in their same-sex arousal.

40.     More recent data from questionnaire studies, as well as reports from therapists, indicate that patients who "fail" to change their sexual orientation may experience shame, a general sense of failure, guilt, depression, intimacy avoidance, sexual dysfunction, or even suicidality.[38] Although these data derive from questionnaire studies, clinical case studies, and anecdotal reports rather than controlled experiments, they are important because they raise serious questions about whether SOCE may be harmful to many who undergo it. Individuals who have suffered these and other negative effects from SOCE are likely to be excluded from or severely underrepresented in studies relying on samples recruited through "ex-gay" organizations and SOCE practitioners (as is the case with most recent studies in this area).

41.     In light of the many reports of harm, the lack of rigorous studies demonstrating effectiveness, and the fact that homosexuality is not a psychological disorder that requires "cure," the major mental health professional associations in the United States have adopted policy statements warning the profession and the public about treatments that purport to change sexual orientation.

42.     For example, the American Psychiatric Association Board of Trustees referred to the dangers associated with SOCE in its 1998 position statement:

> "The potential risks of 'reparative therapy' are great, including depression, anxiety and self-destructive behavior, since therapist alignment with societal prejudices against homosexuality may reinforce self-hatred already experienced by the patient …."

> "Therefore, the American Psychiatric Association opposes any psychiatric treatment, such as 'reparative' or 'conversion' therapy which is based upon the assumption that homosexuality per se is a mental disorder or based upon a prior assumption that the patient should change his/her homosexual orientation."  (American Psychiatric Association, 2000)

_____

(…continued)
response.pdf
[38] Haldeman, 2001; Schroeder & Shidlo, 2001; Shidlo & Schroeder, 2002.

16

43.    They supplemented this position with a background statement that said, in part:

> Psychotherapeutic modalities to convert or "repair" homosexuality are based on developmental theories whose scientific validity is questionable. Furthermore, anecdotal reports of "cures" are counterbalanced by anecdotal claims of psychological harm. In the last four decades, "reparative" therapists have not produced any rigorous scientific research to substantiate their claims of cure. Until there is such research available, APA recommends that ethical practitioners refrain from attempts to change individuals' sexual orientation, keeping in mind the medical dictum to First, do no harm.

44.    Concerns about harm resulting from SOCE have also informed the positions of the other major mental health professional associations in the United States, including the American Psychological Association, American Counseling Association, and National Association of Social Workers.  Their policy statements cautioning the profession and the public about treatments that purport to change sexual orientation are described in a publication titled *Just the Facts About Sexual Orientation and Youth: A Primer for Principals, Educators, and School Personnel*, which is endorsed as well by the American Academy of Pediatrics, American School Counselor Association, American School Health Association, National Association of School Psychologists, and School Social Work Association of America.  As summarized in that publication, "the nation's leading professional medical, health, and mental health organizations do not support efforts to change young people's sexual orientation through therapy and have raised serious concerns about the potential harm from such efforts."[39]

**V.    Conclusion**

45.    Although homosexuality is a normal expression of human sexuality, it remains widely stigmatized in the United States.  In the course of their upbringing, sexual minority individuals often internalize this stigma and consequently hold negative attitudes toward themselves and their homosexuality.  Although this self-stigma typically diminishes as individuals come out and develop positive feelings about their sexual orientation, while it persists it is often associated with psychological distress and manifested in an expressed desire to stop being attracted to members of the same sex and instead to be heterosexual.  However, sexual orientation is highly resistant to

---

[39] p. 19. *Just the Facts About Sexual Orientation and Youth* is available on the American Psychological Association's Web site: http://www.apa.org/pi/lgbt/resources/just-the-facts.pdf

change through psychotherapy or religious interventions.  Interventions aimed at changing an individual's sexual orientation have not been empirically demonstrated to be effective or safe.  Indeed, such interventions may be psychologically harmful in an unknown number of cases; clinical observations and self-reports indicate that many individuals who unsuccessfully attempted to change their sexual orientation have experienced considerable psychological distress.  Moreover, because homosexuality is a normal variant of human sexuality, the major mental health professional organizations do not encourage individuals to try to change their sexual orientation from homosexual to heterosexual.  Rather, individuals who experience self-stigma or who desire to change their sexual orientation because it conflicts with other beliefs and values can benefit from other therapeutic interventions that do not have the goal of making them heterosexual.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of November, 2012, at Berkeley, California.

/s/ Gregory M. Herek (original signature retained by attorney)
_____
GREGORY M. HEREK