Kamala D. Harris (SBN 146672)
Attorney General of California
Tamar Pachter (SBN 146083)
Supervising Deputy Attorney General
Paul Stein (SBN 184956)
Deputy Attorney General
Alexandra Robert Gordon (SBN 207650)
Deputy Attorney General
Daniel Powell (SBN 230304)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5740
  Fax:  (415) 703-1234
  E-mail:  Paul.Stein@doj.ca.gov
*Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID PICKUP, ET AL.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR. GOVERNOR OF THE STATE OF CALIFORNIA, IN HS OFFICIAL CAPACITY, ET AL.,**<br><br>                        Defendants. | 2:12-cv-02497<br><br>**DECLARATION OF A. LEE BECKSTEAD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        Nov. 30, 2012<br>Time:       10:00 a.m.<br>Dept:        3, 15th Floor<br>Judge:      The Honorable Kimberly J. Mueller<br>Trial Date:  None set<br>Action Filed:  Oct. 4, 2012 |

I, A. Lee Beckstead, declare as follows:

1. I have been retained by Defendants as an expert in connection with the above-referenced litigation. I have personal knowledge of the contents of this declaration, and if called upon to testify, I could and would testify competently to the contents of this declaration.

## EXPERT BACKGROUND AND QUALIFICATIONS

2. My background and experience are summarized in my curriculum vitae, which is attached as Exhibit B to this report. My curriculum vitae also includes a list of publications I have authored in the last twelve years.

3. I am a licensed psychologist in Utah, where the majority of my full-time clinical practice involves individual, couple, family, and group counseling to those distressed about their or someone else's sexual orientation due to religious and/or social circumstances.

4. I am currently a member of the International Academy of Sex Research, which allows me to engage in dialogue with the top sex researchers and clinicians about current research and best practices regarding homosexuality, heterosexuality, bisexuality, transgender issues, as well as pedophilia, paraphilias, sexual trauma, and healthy and unhealthy sexuality. I am also a co-facilitator of weekend retreats for men who have been sexually abused and have worked extensively with individuals who have been conflicted and confused about their sexuality due to trauma.

5. I was selected to be part of the American Psychological Association's (APA) task force in 2007 to evaluate the clinical practice of trying to change sexual orientation and make therapeutic recommendations for those desiring such a change.

6. I have conducted research to understand the experiences of Mormon individuals who underwent sexual orientation change efforts (SOCE) and who reported being heterosexual or adopting a lesbian, gay, or bisexual (LGB) identity after these efforts. My research focused on understanding why such highly religious participants reported benefit and/or harm and what they described as influencing these outcomes. Prior to this research, I underwent a similar type of therapy, at the age of 21, to stop being gay and be heterosexual. Although I remained in treatment for only 6 months, the beliefs and promises of these interventions stuck with me and I continued

1

to try to change until age 27 when I decided to see what it would be like to accept being gay. Based on my research and personal experiences, I developed a treatment approach that sought to help clients find individualized but realistic solutions to their struggles (Beckstead & Morrow, 2004; Beckstead & Israel, 2009).

7.   In preparing to write this declaration, I reviewed the declarations filed by the plaintiffs in this matter.

**SEXUAL ORIENTATION CHANGE EFFORTS**

8.   A review of the literature in the field of Sexual Orientation Change Efforts (SOCE) reveals that the premise underlying SOCE is that homosexuality is a mental disorder, and that it is counter to some practitioners' religious and/or personal beliefs.  Practitioners of SCOE believe that the only way to manage the potential harm from this "disorder" is to try and reduce or eliminate same-sex feelings and hope to develop heterosexual ones. Mental-health professionals have tried for at least a century to cure the distress of those experiencing unwanted same-sex attractions who do not want to be lesbian, gay, or bisexual (LGB). Clients throughout the century have been willing to put themselves through a wide range of treatments from the aversive to the benign.

9.   Current SOCE practice tend to utilize psychodynamic principles and define homosexuality as a developmental disorder that results when a child does not receive sufficient love through the attachment to the same-sex parent, thereby creating an estrangement toward same-sex others. Interventions tend to involve telling clients that everyone is inherently heterosexual, but those who desire to be sexually intimate with same-sex others have experienced an incompleteness in their gender identity, due to some trauma, and have been conditioned to sexualize their normal same-sex emotional needs.

10.  SOCE involve helping clients talk about these difficult childhood experiences, teaching them traditional gender roles, and helping them develop nonsexual relationships with same-sex others. Homosexuality is reinforced directly or indirectly as something to avoid. Heterosexuality is encouraged and assumed to be developed when the child has the support of heterosexual parents and dis-identifies from the other-sex parent and identifies more with the

2

same-sex parent. Attempts to change sexual orientation can require concerted efforts to avoid, suppress, overcome, break down, remake, or extinguish deeply felt needs and patterns of feelings and behaviors and then try to create long-lasting erotic desires not previously experienced.

## SCIENTIFIC STUDIES HAVE FOUND SEXUAL ORIENTATION EFFORTS ARE CONTRAINDICATED

11.     The Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation (APA (2009a)) explained how the assumptions underlying SOCE practices are either unfounded or have been discredited through scientific methods. Research in the last five decades has been able to investigate a variety of hypotheses related to the etiology of homosexuality. Freund and Blanchard (1983), for example, found a consistent pattern of results that suggested that the emotionally distant relationships of fathers and homosexual sons relate to the sons' atypical childhood gender identity (or observed gender-role behavior) rather than to the sons' sexual attractions to males. Although male homosexuals overall may report poorer relationships with their fathers, scientific methods show that family patterns do not implicate homosexuality in men or women. Similarly, sexual trauma may affect a person's sexuality (e.g., by reenacting the abuse dynamics and causing confusion about sexual and gender identity), but research does not conclude that sexual trauma causes a person's sexual orientation. Correlation does not justify an inference of causation.

12.     Furthermore, a range of biological correlations continues to persist as valid markers that differentiate sexual and gender minorities from the general population. Evidence from a variety of experimental approaches validates the conclusion that biological mechanisms are the ones operating in the etiology of a homosexual orientation. The current scientific hypothesis involves interactions between genes, levels of sex hormones, and the cells of the developing body and brain during different critical periods of fetal development (LeVay, 2011).

13.     The assumption that homosexuality is due to gender inferiority caused by rejection of same-sex parents and/or peers ignores the fact that well-established theories of universal attachment styles can account for much of the distress found in LGB individuals. In theory, both non-heterosexuals and heterosexuals who are rejected, ignored, and/or abused by their parents,

3

peers, and/or communities may become distressed and preoccupied with distrust, experience anxiety about belonging, and attempt to gain validation and support. That is, the distress experienced by LGB individuals is not caused by their sexual orientation, but rather because of the lack of attachment, which would likely cause distress in heterosexual individuals who suffer a similar detachment from their parents, peers, and/or communities.

14. Research confirms this hypothesis that the stress seen in LGB individuals can be due to rejection (the "rejection-sensitive hypothesis"), especially as it relates to gender nonconformity and its effect on gay men and lesbian women's relationships and health. Thus, the more universal attachment theory explains why SOCE psychotherapists see distress about gender inferiority and sexuality within their clinical populations.

15. The belief that homosexuality is a mental illness and developmental disorder became increasingly challenged, starting in the late 1950s, by studies that investigated other causes to why homosexual individuals felt distressed other than being due to their attractions. A large body of research currently exists that demonstrates how minority stress and the false assumptions embedded in homophobia, heterosexism, and sexism can be significant reasons for the anxiety, shame, depression, despair, isolation, and addictions found within LGB populations. Beliefs that being LGB ultimately leads one to a life of unhappiness, disease, and promiscuity are false and restricting and can be manipulative if those beliefs are used to directly or indirectly control an LGB individual's behavior and choices. Research shows that sexual and gender minorities are equally as capable of living satisfying and fulfilling lives and forming healthy and long-term relationships as heterosexuals, especially when they are provided affirming information about their attractions and their options. Given these realities, all major mental-health institutions have taken a stand that homosexuality per se does not indicate a mental illness.

16. Current research regarding the psychology of gender also indicates that reinforcing traditional gender roles and heterosexism can be harmful by increasing guilt, shame, intimacy problems, depression, and difficulties expressing emotions. Best therapeutic practice involves a more complex theory of gender that accounts for and affirms gender diversity and uses interventions to relieve the pain of growing up with the stigma of gender nonconformity. Instead

of helping same-sex attracted individuals fit in and act more traditionally heterosexual, the rejection-sensitive hypothesis informs the need to counteract societal and parental rejection by affirming sexual and gender diversity. SOCE's emphasis on reinforcing traditional gender roles therefore is contraindicated in the professional scientific literature.

17. The APA (2009a) Report found that SOCE interventions have no scientific basis. The studies used to support such interventions have serious methodological and conceptual flaws that make their results unreliable. For instance, the APA Report outlined the significant statistical errors made in the two studies by Nicolosi (Byrd & Nicolosi, 2002; Nicolosi, Byrd, & Potts, 2000) on SOCE benefits. Alternate hypotheses are available for why an individual would report positive outcomes from such interventions besides a change in their sexual orientation. For instance, a variety of qualitative studies depicts how SOCE consumers may change their sexual identity and behaviors but not necessarily their sexual orientation. These studies demonstrate how some SOCE consumers may also experience an initial "honeymoon stage" by benefiting from the validation and hope of meeting supportive psychotherapists and similar others and talking about their attractions, after a lifetime of secrets and shame. Although some SOCE consumers may continue their therapy because of these benefits, they may not be aware of how SOCE can implicitly cause harm during treatment due to its failure to correct prejudices and explore with clients the option of living openly with their attractions.

18. After a peer review of the conclusions of the APA (2009a) task force, the APA passed a resolution (APA, 2009b) declaring that SOCE's benefits are unreliable and SOCE represent an incomplete and potentially harmful practice. In addition, the resolution clarifies that the benefits reported (e.g., validation, support, congruence with religion and sexuality) can be found in other approaches that do not have the intrinsically harmful aspects of SOCE. Therefore, APA, along with all the other major mental-health organizations, remains resolved that SOCE are unnecessary and potentially harmful, and should not be promoted or offered.

**APPROPRIATE INTERVENTIONS FOR SAME-SEX ATTRACTED INDIVIDUALS**

19. APA (2009a) reemphasized the importance of respecting a client's right to self-determination. Licensed Mental Health Practitioners (LMHPs) should not have an a priori

assumption or expectation of how the client will or should identify or live out her or his sexual orientation, gender, religion/spirituality, and other aspects of diversity. Rather, the APA Report encouraged LMHPs to empower all sexual and gender minorities to determine the behavioral expression of their sexual orientation; their public and private social roles; their gender roles, identities, and expression; the sex and gender of their partner; and the forms of their relationships. This Report highlighted a variety of interventions found in the literature to facilitate this identity development by providing support, informed consent, accurate information, and a comprehensive assessment of distress and sexuality, and facilitating the client's ability to explore and reevaluate beliefs and options, develop self-acceptance, and enhance active coping skills.

20.   Instead of trying to change sexual orientation, the focus for treatment can involve (a) changes in self-awareness, including increased knowledge, coping, self-efficacy, self-concept, relationships, and identity; (b) changes in sexual orientation identity (i.e., the label a person uses to refer to her or his sexual orientation), including private and public identification, sexual stigma, group membership and affiliation; (c) changes in emotional adjustment, including self-stigma, shame, and ability to grieve losses and face discrimination; and (d) changes in personal beliefs, values, and norms (e.g., reevaluating what is necessary, true, and important for the individual), including religious and sexual beliefs, behaviors, self-expression, and motivations. The Report highlighted several approaches found in the literature that would apply for adolescent, individual, couples, and family counseling. Any claims that SOCE clients and their therapists will be left with no treatment modalities or interventions if SOCE is banned misrepresent the existing scholarly literature.

21.   Rather than being contrary to a client's autonomy, interventions that affirm sexual and gender diversity actually serve client autonomy since informed decisions and true self-determination are accomplished when a client's false assumptions are corrected and when individuals have the ability to explore the many ways to live positively being a sexual or gender minority (i.e., LGB-affirmative interventions). The scholarly literature since the 1970s has evolved in instructing LMHPs in how to help those desiring a change in their sexual orientation by countering minority stress and stigma instead of reinforcing society's false or restrictive

6

beliefs. LGB-affirmative interventions are based on a similar premise of best practice for other populations that experience societal oppression, such as racial minorities and women, of helping these populations develop competence in managing stigma and discrimination proactively rather than be left with the option of trying to conform to societal norms to relieve distress.

## SOCE CARRIES A SIGNIFICANT RISK OF HARM

22. Serious harms have been reported from those who have experienced these practices. For example, several studies illustrate how initial hopes can turn into long-term despair when some SOCE consumers continue to desire same-sex intimacy and cannot meet societal expectations. The long-term consequences of trying to change attractions have been described as setting up an addictive cycle in which individuals try to distract themselves from their attractions but then feel compelled to act on them impulsively due to their needs for authenticity and connection, and then repress the desires again out of guilt and shame. The distress they initially felt about their "unwanted attractions" is then increased.

23. SOCE harms have been described as the result of the client (a) being misinformed about realistic outcomes, (b) being misled with unsubstantiated theories and treatments, (c) blaming him or herself for not changing or trying hard enough and thus internalizing treatment failure, (d) being reinforced that being LGB is shameful and must be avoided, (e) being restricted from accurate information and exploration of options, and (f) feeling pressured to be "one way or another" and reject/suppress core aspects of self. Such actions were described as increasing despair, self-hatred, confusion, anxiety, depression, guilt, shame, hopelessness, resentment, loneliness, intimacy difficulties, addictions, risk for HIV, and suicidality, including the loss of valuable time, money, resources, and trust. In addition, some SOCE consumers reported experiencing significant distress and aversion when they were sexual with their spouse, despite their feelings of love, similar to how exclusively heterosexual individuals would experience harm if made to be sexual with their non-preferred sex.

24. No alternate hypotheses have been provided for why a client would report a negative outcome from SOCE besides the inherently harmful aspects of the interventions.

7

25.     Above all, ethical practitioners take seriously reports of harms more than they do reports of benefit due to our adherence to the professional standard of "first, do no harm." SOCE literature, on the other hand, focuses solely on positive self-reports and neglects any detail of the short- or long-term risks described in the literature. This is similar to the harm of providing medication without informing patients in detail of the potential negative side effects associated with the treatment and the lack of science in determining benefits.

26.     Indeed, reports of SOCE benefits are inherently suspect. As several studies and personal accounts have noted (e.g., Beckstead, 2003; Beckstead & Morrow, 2004; Duberman, 2001; Ford, 2001; Moor, 2001; Schroeder & Shidlo, 2001; Shidlo & Schroeder, 2002), some who underwent SOCE have lied to their psychotherapists and others (e.g., parents, spouse, religious authorities) about changing their sexual orientation because they anticipated disapproval, wanted to please them, felt embarrassed, and believed their psychotherapist and others could not handle the disclosure. This need for impression management regarding treatment failure seems to be unaccounted for by SOCE psychotherapists.

27.     Adults who have not had a chance to explore or know their sexuality due to living with a concealed identity in restricted and prejudicial environments can be harmed by the bias and lack of accurate information inherent in SOCE. This vulnerability is especially relevant for minors who require a period of exploration and evaluation to consolidate their sexual and gender identity rather than to try and fit themselves into the false and/or unfounded ideology of SOCE.

28.     Further, parents themselves are being misinformed and unjustly blamed when they are told that their behaviors make homosexual or effeminate children. Absent or angry fathers may affect their homosexual or gender nonconforming son's life, especially as it relates to attachment and developmental issues, but while these behaviors may cause a child stress, this does not suggest that such behaviors cause an LGB individual's sexual orientation.

**SB 1172 IS CONSISTENT WITH THE ETHNICAL DUTIES
OF LICENSED MENTAL HEALTH PROFESSIONALS**

29.     California LMHPs are not placed in an ethical dilemma due to SB 1172. LMHPs are not ethically bound to always respect the wishes of their clients or to allow parents to decide the

8

course of treatment for minors. Rather, a LMHP's responsibility is to spend time understanding a client's requests in the light of their professional expertise and current scientific knowledge. Ethical practice does not prioritize one standard of care over another, except for doing no harm, and depends on understanding how ethical principles and standards are interrelated. To increase the likelihood of a benefit, a LMHP must first reduce the likelihood of harm. Moreover, positive outcomes depend upon the psychotherapist's competence (e.g., ability to assess, intervene, and resolve the problem) and such competence is increased by using scientific knowledge to guide treatments and assessment.

30. In order to further a client's self-determination, a psychotherapist must fully understand the client's cultural background, including the societal oppression faced by LGB individuals. These cultural influences may limit a client's perceived choices, and only by understanding that fact can an LMHP provide appropriate interventions that truly support a client's autonomy. An LMHP develops this cultural competence by increasing awareness of her or his biases, including any negative views of homosexuality, and does the work to correct these biases so that they do not interfere with a client's self determination (Lyons, Bieschke, Dendy, Worthington, & Georgemiller, 2010). A client might state with some certainty that her decision to enter treatment is fully autonomous but then later disclose developmental, cultural, or family issues that impinge on her choice. A youth who feels vulnerable to discrimination cannot make a choice to face discrimination. If a client says he does not want to be gay, a LHMP's fiduciary responsibility is to assess the reasons for that request and offer interventions that realistically provide benefit and avoid harm.

31. Any LHMP practicing in this area has an ethical obligation to familiarize themselves with the literature in this field that describes how those seeking SOCE can be negatively influenced by wrong and negating information, lack of accurate and affirming information, lack of awareness of options, pressures to live societal and familial norms, and the internalization, conformity, needs for acceptance, opposing needs, repression, confusion, fears, shame, rationalization, lack of exploration, and compliance that may occur. This literature explains how parental dynamics, trauma, peer abuse, role modeling, culture, developmental issues, and stigma

9

can influence how a person thinks and feels about their erotic desires and how they live out their sexual orientation.

32. It is not the responsibility of the public or client to know which interventions work and which do not, or to understand the current state of the scientific literature. Rather, it is the responsibility of LMHPs to develop their competence so that they can offer interventions that align with science. LHMPs are not ethically bound to provide a particular treatment simply because a client desires it, but must use his or her professional judgment to provide treatment that is scientifically indicated to help the client, and above all to avoid treatment that poses a substantial risk of harm.

33. SOCE proponents' concern that SB 1172 will harm their religious clients because no religious counseling will be available also misrepresents the current psychology of religion. The APA (2009a) Report highlighted this broad scholarly literature that emphasizes how a LMHP can respect and honor religious beliefs while being aware of the effects of these beliefs and knowing how to evaluate them and outcomes with clients. It is clear from studies that investigate the experiences of highly religious, same-sex attracted individuals that religion can both positively and negatively influence their health and well-being. In addition, one major problem found in SOCE literature is reinforcement of the (false) assumption that resolving conflicts between religion and sexual orientation only allows for an "either-or" solution. Scholarly literature, however, describes various therapeutic ways of how one can transcend this bind by helping clients explore, evaluate, and possibly integrate these aspects of their lives and develop both their religious and sexual identities, and thus have the option of living positively being both same-sex attracted and religious/spiritual. Regardless of a client's religious goals, the overarching goal for a LMHP is the client's mental health.

**EFFECT OF SOCE ON MINORS**

34. Minors in particular are especially vulnerable to harm from SOCE because they are in the initial stages of exploring and acquiring information to enhance their understanding and skills associated with their sexuality and choices. The problem with offering SOCE to minors is that

youth may not realize their long-term needs and may overestimate their ability to cope in the long-term with distracting and not acting on their sexual and romantic desires, especially if they are focused on meeting the needs of their parents and society.

35. Similarly, sexual and gender minority youth who are not affirmed for their attractions may miss out on important milestones and be at risk for serious harm. For example, at a time when heterosexual adolescents are learning to socialize, sexual and gender minority youth who undergo SOCE may be left at a disadvantage with learning how to hide, conflicted about those they cannot date, and dating those they do not romantically or erotically prefer (Hetrick & Martin, 1987; Lasser & Gottlieb, 2004; Ream & Savin-Williams, 2005). The APA (2012) Practice Guidelines for LGB clients indicate that these attempts to mask or deny sexual identity put sexual and gender minority youth at risk for unwanted pregnancy, unsafe sex, interpersonal violence, substance abuse, and suicide attempts.

36. Although some SOCE youth consumers may feel supported by their SOCE provider, at its core, SOCE reinforce a message that their sexual desires are wrong and something to extinguish. Healthy sexuality on the other hand depends on developing an integrated awareness and acceptance of one's needs and values, which can provide meaning, authenticity, wholeness, and satisfaction as it orients the individual toward intimacy, love, and companionship. Sexual development therefore requires periods of exploration without bias and learning how to live positively with one's attractions, regardless of one's sexual identity and life choices. As summarized in the APA (2009a) Report,

> Children and adolescents are often unable to anticipate the future consequences of a course of action and are emotionally and financially dependent on adults. Further, they are in the midst of developmental processes in which the ultimate outcome is unknown. Efforts to alter that developmental path may have unanticipated consequences. (p. 77).

37. Research on sexual and gender minority youth demonstrate that some behaviors that parents may use to protect their child from harm actually puts the child at high risk for suicide, depression, and other major health problems. These behaviors include trying to change their child's sexual orientation and blocking access to positive LGB influences. This research demonstrates how sexual and gender minority youth may only feel acceptable if they can get rid

of their romantic and sexual feelings and learn to enjoy sex with their non-preferred sex. Additionally, SOCE leave youth without positive role models of how to manage stigma effectively. Banning SOCE for minors is fully consistent with the ethical requirement that LMHP must base their work on the current literature that details how to be sensitive to cultural and familial influences on a youth's development and health (APA, 2012).

## CONCLUSION

38. In summary, SB 1172 is a public health intervention aimed at harm reduction. It was founded on the fact that every major mental-health organization has a policy statement discouraging SOCE because of its lack of scientific merit, including the consensus that homosexuality is not a disorder of any kind that necessitates treatment. It is entirely reasonable for California to prohibit these types of interventions, particularly for minors, and encourage those in distress to seek services that are based on current knowledge of the psychology of sexual orientation, the psychology of gender, and the psychology of religion.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of November, 2012, at Salt Lake City, Utah.

/s/  A. Lee Beckstead (original signature retained by attorney)
A. LEE BECKSTEAD