KAMALA D. HARRIS (SBN 146672)
Attorney General of California
TAMAR PACHTER (SBN 146083)
Supervising Deputy Attorney General
PAUL STEIN (SBN 184956)
ALEXANDRA ROBERT GORDON (SBN 207650)
DANIEL POWELL (SBN 230304)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5740
  Fax: (415) 703-1234
  E-mail: Paul.Stein@doj.ca.gov
*Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID PICKUP, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., GOVERNOR OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>Defendant. | 2:12-cv-02497<br><br>**DECLARATION OF PAUL STEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 30, 2012<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: The Honorable Kimberly J. Mueller<br>Trial Date: None set<br>Action Filed: Oct. 4, 2012 |

I, PAUL STEIN, declare as follows:

1. I am a deputy attorney general for the State of California and a counsel of record for the defendants in this case. I base this declaration on my personal knowledge and, if called upon, could and would testify as to the accuracy of the facts stated herein.

2. On November 6, 2012, I visited the American Psychological Association's website at http://www.apa.org/pi/lgbt/resources/sexual-orientation.aspx and downloaded a copy of the Report of the American Psychological Association Task Force on Appropriate Therapeutic

1

Responses to Sexual Orientation. A true and correct copy of the report I downloaded is attached as Exhibit 1 to this declaration.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of an excerpt from Reparative Therapy of Male Homosexuality (1997) by Joseph Nicolosi, Ph.D., published by Jason Aronson, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 9, 2012           /s/ *Paul Stein*

                                  PAUL STEIN

SA2012108115
20648897.doc

2

Stein Decl. ISO Defts.' Opposition to Mtn. for Prelim. Inj.  (2:12-cv-02497)