FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID H. PICKUP; et al., | No. 12-17744 |
| Plaintiffs - Appellants, | D.C. No. 2:12-cv-02497-KJM Eastern District of California, Sacramento |
| v. | |
| EDMUND G. BROWN, Jr., Governor of the State of California, in his official capacity; et al., | ORDER |
| Defendants - Appellees, | |
| EQUALITY CALIFORNIA, | |
| Intervenor-Defendant - Appellee. | |

Appellants' motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

By: Kenneth Sogabe
Motions Attorney/Deputy Clerk

KS/MOATT