UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. PICKUP, et al., | No. 2:12-cv-02497-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

On December 4, 2012, the court entered an order denying plaintiffs' motion for preliminary injunction. ECF No. 80. That same day, plaintiffs filed a notice of appeal of the order. ECF No. 82. On January 29, 2013, the court granted the parties' stipulation and stayed the action pending resolution of the appeal. ECF No. 98.

On July 7, 2014, the United States Court of Appeals for the Ninth Circuit issued a formal mandate under which the judgment of the Ninth Circuit takes effect. ECF No. 104. The judgment affirmed the court's denial of plaintiffs' motion for preliminary injunction and remanded the case for further proceedings. *Id.*

Accordingly, IT IS HEREBY ORDERED that:

1. The January 29, 2013 stay currently imposed in this action is lifted;

2. A status conference is scheduled for October 30, 2014 at 2:30 pm in Courtroom 3 before the undersigned; and

3. No later than October 16, 2014, the parties shall file a joint status report.

Dated: August 11, 2014.

_____
UNITED STATES DISTRICT JUDGE